UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RESOLUTE3 LLC,<br><br>          Plaintiff,<br><br>v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC, *et al.*,<br><br>          Defendants. | **FILED UNDER SEAL**<br><br>22 Civ. 751 (LJL) |
| UNITED STATES OF AMERICA *et al.*, *ex rel.* NJ CHALLENGER LLC,<br><br>          Plaintiffs,<br><br>v.<br><br>LABQ CLINICAL DIAGNOSTICS LLC, *et al.*,<br><br>          Defendants. | **FILED UNDER SEAL**<br><br>22 Civ. 10313 (LJL) |

## ORDER

WHEREAS, the United States of America (the "Government") has intervened in these actions pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4):

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to this Order and any matter occurring in these actions on or subsequent to the date of this Order.

2. All documents submitted in these actions before the date of this Order shall remain under seal and shall not be made public, except to the extent the seal was partially lifted pursuant to the Court's prior orders, and except as provided for in Paragraph 3 below, or as provided by further order of the Court.

3.  The seal shall be lifted as to the Relators' Complaints and the United States' Notice of Election to Intervene, dated May 1, 2024.

Dated: __6/11__, 2024

SO ORDERED:

_____
HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE