UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* RESOLUTE 3 LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC, *et al.*,<br><br>　　　　Defendants. | 22 Civ. 751 (LJL) |
| UNITED STATES OF AMERICA *et al., ex rel.* NJ CHALLENGER LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC, *et al.*,<br><br>　　　　Defendants. | 22 Civ. 10313 (LJL) |
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff-Intervenor,<br><br>　　v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC; COMMUNITY MOBILE TESTING, INC.; DART MEDICAL LABORATORY, INC.; and MOSHE LANDAU,<br><br>　　　　Defendants. | 22 Civ. 751 (LJL)<br>22 Civ. 10313 (LJL) |

**ORDER QUASHING WRITS OF ATTACHMENT**

　　Upon review of the United States of America's Letter Motion to Quash Writs of Attachment, it is hereby ORDERED:

The following two writs of attachment are quashed:

1) Writ of Attachment regarding 26 Heyward Street, Unit 4-H, Brooklyn, New York 11211, 22 Civ. 751 (LJL) (Dkt. 68).

2) Writ of Attachment regarding 1678 St. Regis Ct., Toms River, New Jersey 08755, 22 Civ. 10313 (LJL) (Dkt. 64).

Signed this 7 day of August, 2024.

HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE