UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RESOLUTE 3 LLC,<br><br>Plaintiff,<br><br>v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC *et al.*,<br><br>Defendants. | No. 22 Civ. 751 (LJL) |
| UNITED STATES OF AMERICA, the STATE OF NEW YORK, and the STATE OF NEW JERSEY *ex rel.* NJ CHALLENGER LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LABQ CLINICAL DIAGNOSTICS LLC, *et al.*,<br><br>Defendants. | No. 22 Civ. 10313 (LJL) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC; COMMUNITY MOBILE TESTING, INC.; DART MEDICAL LABORATORY, INC.; and MOSHE LANDAU,<br><br>Defendants. | No. 22 Civ. 751 (LJL)<br>No. 22 Civ. 10313 (LJL) |

**ORDER FOR ISSUANCE OF PRE-JUDGMENT
WRITS OF ATTACHMENT**

Before the Court is the United States of America's supplemental application for pre-judgment writs of attachment as specified and attached to the Notice of Supplemental Application for Writs of Attachment (the "Supplemental Application"). After consideration of the Government's Supplemental Application and supporting submissions, the Court finds that the Government has met the requirements of the Federal Debt Collection Practices Act, 28 U.S.C. § 3001 et seq. ("FDCPA"), and grants the proposed writs.

IT IS ORDERED that the Government may rely on the previously signed Clerk's Notice of Exemption and Hearing Request (the "Clerk's Notice") attached as Exhibit 59 to the Supplemental Application, which the United States shall serve with the Court-ordered writs of attachment. Pursuant to 28 U.S.C. § 3101(d), the United States shall serve each person entitled to notice of a writ of attachment with a copy of the Government's Supplemental Application, the Government's supporting submissions, the relevant writ of attachment, and the Clerk's Notice, and shall file a certificate of service demonstrating that service has been accomplished. Each recipient shall be afforded an opportunity for a hearing.

Unless otherwise ordered by this Court, the writs of attachment shall be continuing and shall terminate only as provided in 28 U.S.C. § 3203.

The Government is authorized to take discovery regarding the financial condition of the debtors in accordance with 28 U.S.C. § 3015.

Dated: New York, New York
September 20, 2024

_____
HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE