```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
UNITED STATES OF AMERICA, the STATE OF NEW  :
YORK, and the STATE OF NEW JERSEY ex rel. NJ :
CHALLENGER LLC,                              :
                                             :
                                             :       22-cv-10313 (LJL)
                 Plaintiff,                  :       22-cv-751 (LJL)
                                             :
        -v-                                  :          ORDER
                                             :
LABQ CLINICAL DIAGNOSTICS, LLC et al.,       :
                                             :
                 Defendants.                 X
-----------------------------------------------------------------
---------------------------------------------------------------------X
                                             :
UNITED STATES OF AMERICA ex rel. RESOLUTE 3  :
LLC,                                         :
                 Plaintiff,                  :
                                             :
        -v-                                  :
                                             :
LABQ CLINICAL DIAGNOSTICS, LLC et al.,       :
                                             :
                 Defendants.                 :
                                             :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The joint motion to seal at Dkt. No. 181 is granted, the redactions are approved, and the referenced unredacted documents may remain under seal. Defendants seek to redact patient information and the identities and contact information of third parties from the publicly filed documents.

      Although the records at issue are judicial documents, the weight of the presumption is not as strong as if they were filed in connection with a motion for summary judgment, to dismiss, or to confirm or vacate an arbitral award, and there are strong countervailing factors in the interests of protecting patient information and "[t]he privacy interests of innocent third parties." *United States v. Amodeo,* 71 F.3d 1044, 1050–51 (2d Cir. 1995); *see Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006).

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 181.

SO ORDERED.

Dated: October 3, 2024
New York, New York

LEWIS J. LIMAN
United States District Judge

2