```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _3/13/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA et al.,                                   :
                                                                   :
                             Plaintiffs,                           :
                                                                   :   22-cv-10313 (LJL)
              -v-                                                  :   22-cv-00751 (LJL)
                                                                   :
LABQ CLINICAL DIAGNOSTICS, LLC et al.,                             :
                                                                   :   ORDER
                             Defendants.                           :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      By Opinion and Order of March 13, 2025, the Court has denied Defendants' motion to quash the Government's writs of attachment and garnishment. The Opinion and Order has been filed under seal because it contains material that was filed under seal. The parties have until March 21, 2025 to advise the Court of any portions of the Opinion and Order which it requests should be redacted in compliance with F.R.C.P. 5.2, HIPAA and corresponding regulations, or under the Second Circuit standards for the sealing of confidential information. As set forth in this Court's Individual Practice in Civil Cases, to be approved, redactions must be narrowly tailored to serve whatever purpose justifies them and otherwise consistent with the presumption in favor of public access to judicial documents. *See, e.g., Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006). In general, the parties' consent or the fact that information is subject to a confidentiality agreement (or protective order) between litigants is not, by itself, a valid basis to overcome the presumption in favor of public access to judicial documents. *See, e.g., In re Gen. Motors LLC Ignition Switch Litig.*, 2015 WL 4750774, at *4 (S.D.N.Y. Aug. 11, 2015).

      SO ORDERED.

Dated: March 13, 2025
      New York, New York                        _____
                                                                       LEWIS J. LIMAN
                                                                   United States District Judge