**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* RESOLUTE 3 LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC, *et al.*,<br><br>　　　　　Defendants. | 22 Civ. 751 (LJL) |
| UNITED STATES OF AMERICA *et al., ex rel.* NJ CHALLENGER LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC, *et al.*,<br><br>　　　　　Defendants. | 22 Civ. 10313 (LJL) |
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff-Intervenor,<br><br>　　v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC; COMMUNITY MOBILE TESTING, INC.; DART MEDICAL LABORATORY, INC.; and MOSHE LANDAU,<br><br>　　　　　Defendants. | 22 Civ. 751 (LJL)<br>22 Civ. 10313 (LJL) |

**STIPULATION AND ORDER**

1

WHEREAS, on August 2, 2024, this Court entered a Stipulation and Order (the "Stipulation") (ECF 60) agreed to by and between the undersigned parties ordering writs of garnishment and writs of attachment, and subsequently approved additional writs of attachment by Order dated September 20, 2024 (ECF 176) on certain properties (collectively, the "Writs");

WHEREAS, the Stipulation permitted Defendants to seek relief from the Writs to pay Covered Expenses, including "reasonable attorney's fees of any of the Defendants," which "shall not exceed the next three months' worth of anticipated expenses" (ECF 60);

WHEREAS, the Stipulation provides that "Defendants may grant liens upon those properties that are subject to the Writs" if lenders "require such collateral for loans" (ECF 60);

WHEREAS, the Stipulation provides that the "Government may consent to the Defendants granting such liens and subordinating its interests in the Properties as needed to fund the Covered Expenses, which consent shall not be unreasonably withheld" (ECF 60);

WHEREAS, Defendants have represented that they need to take $9,009,613.43 of loans (the "Total Loan Value") on properties subject to Writs in order to pay past attorney's fees and anticipated attorney's fees over the next three months;

WHEREAS, subject to the conditions below, the Government agrees to subordinate its Writs on the properties specified in the chart contained in paragraph 5 (the "Stipulated Properties", or, when referred to in the singular, a "Stipulated Property") to liens on the Stipulated Properties (the "Liens," or when referred to in the singular, a "Lien") used to secure the loans to the Defendants that are secured by the Stipulated Properties (the "Loans," or when referred to in the singular, a "Loan");

WHEREAS, the Defendants do not yet have Loans on the Stipulated Properties but represent that they need this Order to obtain the Loans;

WHEREAS, the parties are seeking Court approval to effectuate their agreement;

NOW THEREFORE, it is hereby stipulated and agreed to by and between the undersigned parties, and upon approval by the Court, it is so ORDERED as follows:

1. The Government agrees to subordinate the Writs approved by the Court on the Stipulated Properties to Liens on the Stipulated Properties securing the Loans to Defendants as set forth herein.

2. The principal of the Loan borrowed against each Stipulated Property shall not exceed the "Amount of Loan(s)" specified below in paragraph 5 as to that Stipulated Property. If more than one Loan is borrowed against a Stipulated Property, the aggregated amount of the principal of those Loans shall not exceed the "Amount of Loan(s)" specified below as to that Stipulated Property.

3. The aggregate amount of all the Loans may not exceed the Total Loan Value. The aggregate value of all the Liens may not exceed the Total Loan Value.

4. The amount of any Lien placed on a Stipulated Property will not exceed the "Amount of Loan(s)" for that Stipulated Property. If multiple Liens are placed on a Stipulated Property, the aggregated amount of such Liens shall not exceed the "Amount of Loan(s)" for that Stipulated Property.

5. The following are the Stipulated Properties:

| Property | Writ of Attachment (ECF) | Amount of Loan(s) |
|---|---|---|
| 120 Sowers Drive | ECF 248 | $482,600 |
| 139 Winding Hill Drive | ECF 86 | $584,700 |
| 14 Winding Hill Drive | ECF 77 | $605,900 |
| 151 Winding Hill Drive | ECF 277 | $582,800 |

3

| | | |
|---|---|---|
| 158 Sowers Drive | ECF 84 | $516,500 |
| 20 Winding Hill Drive | ECF 245 | $585,316.67 |
| 223 Winding Hill Drive | ECF 269 | $581,300 |
| 227 Winding Hill Drive | ECF 90 | $585,200 |
| 23 Winding Hill Drive | ECF 280 | $598,268.12 |
| 24 Winding Hill Drive | ECF 67 | $582,400 |
| 244 Winding Hill Drive | ECF 73 | $576,400 |
| 252 Winding Hill Drive | ECF 257 | $604,808.64 |
| 299 Winding Hill Drive | ECF 271 | $601,800 |
| 303 Winding Hill Drive | ECF 71 | $577,800 |
| 305 Winding Hill Drive | ECF 270 | $589,100 |
| 329 Winding Hill Drive | ECF 268 | $576,404.90 |
| 34 Winding Hill Drive | ECF 66 | $588,400 |
| 37 Winding Hill Drive | ECF 83 | $600,000 |

6.      Within 7 days of execution of each of the Loans, Defendants shall provide copies of any loan agreements for such Loans.

7.      Subject to Paragraph 8, a Lien on a Stipulated Property is deemed superior to the Writ issued on that Stipulated Property. As such, the Lien will have priority over the Writ on that Stipulated Property.

8.      If the Lien or Liens on a Stipulated Property in the aggregate exceed the "Amount of Loan(s)" for that Stipulated Property, as referenced in the chart in Paragraph 5 above, the Writ on that Stipulated Property is subordinated only to the "Amount of Loan(s)" for that Stipulated Property as set forth in Paragraph 5, and otherwise has priority over the Lien or Liens.

9. Other than as set forth expressly herein, nothing in this Order shall impact the validity or priority of the Writs.

Dated: April 11, 2025
New York, New York

                              MATTHEW PODOLSKY
                              Acting United States Attorney for the
                              Southern District of New York

By:    /s/ Lawrence H. Fogelman
        ZACHARY BANNON
        RACHAEL DOUD
        LAWRENCE FOGELMAN
        CHARLES S. JACOB
        MOLLIE KORNREICH
        DANIELLE J. MARRYSHOW
        Assistant United States Attorneys
        86 Chambers Street, 3rd Floor
        New York, NY 10007
        Telephone: (212) 637-2800
        Email: zachary.bannon@usdoj.gov
                rachael.doud@usdoj.gov
                lawrence.fogelman@usdoj.gov
                charles.jacob@usdoj.gov
                mollie.kornreich@usdoj.gov
                danielle.marryshow@usdoj.gov

Dated: April \_\_\_, 2025
Brooklyn, New York

                            MOSHE LANDAU

By:   Moshe Landau
       Chief Executive Officer
       LabQ Clinical Diagnostics, LLC
       140 58th St, Bldg A Suite 3L
       Brooklyn, NY 11220

By:                 **DECHERT LLP**

       Andrew J. Levander
       Andrew J. Levander
       Jonathan R. Streeter
       Vishan J. Patel
       Three Bryant Park
       1095 Avenue of the Americas
       New York, NY 10036
       Telephone: (212) 698-3500
       Facsimile: (212) 698-3599
       andrew.levander@dechert.com
       jonathan.streeter@dechert.com
       vishan.patel@dechert.com

       D. Brett Kohlhofer
       1900 K Street, NW
       Washington, D.C. 20006
       Tel.: (202) 261-3300
       Fax: (202) 261-3333
       d.brett.kohlhofer@dechert.com

       April \_\_\_, 2025

       *Attorneys for Defendants LabQ and Dart Medical Laboratory*

       **EPSTEIN BECKER & GREEN, P.C.**

       Melissa L. Jampol
       Melissa L. Jampol
       Elena M. Quattrone
       875 Third Avenue
       New York, NY 10022

Telephone: (212) 351-4500
mjampol@ebglaw.com
equattrone@ebglaw.com

April ____, 2025

*Attorneys for Community Mobile Testing*

**ABELL ESKEW LANDAU LLP**

David Eskew
_____
David M. Eskew
Scott R. Landau
Scott Glicksman
256 Fifth Avenue, 5th Floor
New York, NY 10001
Telephone: (646) 970-7340
deskew@aellaw.com
slandau@aellaw.com
sglicksman@aellaw.com

April ____, 2025

*Attorneys for Moshe Landau*

SO ORDERED:

Dated: New York, New York
       April 14, 2025 , 2025

_____
HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

**Signature:** Moshe Landau (Apr 10, 2025 20:24 EDT)
**Email:** ml@labq.com

**Signature:** *Andrew Levander* (Apr 10, 2025 12:25 EDT)
**Email:** andrew.levander@dechert.com

**Signature:** *Melissa Jampol* (Melissa Jampol (Apr 10, 2025 20:36 EDT))
**Email:** mjampol@ebglaw.com

**Signature:**
**Email:** deskew@aellaw.com

7