AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22 Civ. 751 / 22 Civ. 10313 (LJL) |
| LabQ Clinical Diagnostics, L.L.C., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                      .

Date:  05/05/2025

s/ Rachael L. Doud
*Attorney's signature*

AUSA Rachael L. Doud
*Printed name and bar number*

United States Attorney's Office, SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007
*Address*

rachael.doud@usdoj.gov
*E-mail address*

(212) 637-2699
*Telephone number*

(212) 637-2786
*FAX number*