UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RESOLUTE3 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC, *et al.*,<br><br>Defendants. | 22 Civ. 751 (LJL) |
| UNITED STATES OF AMERICA *et al.*, *ex rel.* NJ CHALLENGER LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LABQ CLINICAL DIAGNOSTICS LLC, *et al.*,<br><br>Defendants. | 22 Civ. 10313 (LJL) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC, *et al.*,<br><br>Defendants. | 22 Civ. 751 (LJL)<br>22 Civ. 10313 (LJL) |

**DECLARATION OF PAUL MICCARELLI IN SUPPORT OF THE UNITED STATES OF AMERICA'S OPPOSITION TO DEFENDANTS' MOTON FOR AN EXTENSION OF TIME TO COMPLETE DISCOVERY**

I, Paul Miccarelli, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am Paul Miccarelli, Investigator Program Coordinator within the U.S. Department of Health and Human Services Office of the Inspector General ("HHS-OIG"), Field Investigative Resources and Strategic Technologies Unit. I submit this declaration in support of the United

States of America's opposition to Defendants' Motion for Extension of Time to Complete Discovery.

2. Since October 2023, I have been an Investigator Program Coordinator in HHS-OIG's Field Investigative Resources and Strategic Technologies Unit. In this capacity, my job responsibilities include training HHS-OIG analysts in the forensic analysis of financial records. From 2019 to October 2023, I was an Investigator in HHS-OIG's Office of Investigations. My job responsibilities as an Investigator included conducting forensic analysis of financial records, a task I frequently performed. From 2008 to October 2019, I was employed by the Federal Bureau of Investigation (the "FBI"). Specifically, from 2017 to 2019, I was a supervisor in the FBI's New York Office, supervising other forensic accountants employed by the FBI. From 2008 to 2017, I was a forensic accountant in the FBI's Office in Newark, New Jersey. From 2008 to 2009, my job title at the FBI was financial analyst. I have a bachelor's degree in accounting, hold a certification from the Association of Certified Fraud Examiners, and have received instruction in forensic accounting/financial investigation at the FBI training facility located in Quantico, VA.

3. I was personally involved in the civil fraud investigation of LabQ Clinical Diagnostics, LLC ("LabQ"), Community Mobile Testing, Inc. ("CMT"), Dart Medical Laboratory, Inc. ("Dart Medical"), and Moshe Landau ("Landau" and, together with LabQ, Dart Medical and CMT, "Defendants"), and remain involved in the Government's ongoing review of financial records relating to Defendants. I have personal knowledge of aspects of the Government's ongoing review of such financial records and, if called as a witness, I would testify completely to the matters set forth herein.

4.  In connection with the Government's ongoing review of financial records, I have reviewed bank account statements, including for the following entities and persons: LabQ, Dart Medical, and Har Hazayis'm Realty LLC.

5.  Between May 29, 2025, and June 30, 2025, LabQ (MCB#7951) disbursed: (1) $25,505.43 to Care Bio Clinical Corp; and (2) $14,921.72 to CareQure LLC.

6.  On June 23, 2025, Dart Medical (MCB #5407) disbursed $7,244.96 to CareQure LLC.

7.  On June 16, 2025, Har Hazyis'm Realty LLC (JPMC #7152) disbursed $40,000 to LabQ (MCB#7951). On June 17, 2025, LabQ (MCB#7951) disbursed $35,000 to Zell Goldberg LLC.

8.  Between April 1, 2025, and June 30, 2025, Har Hazayis'm Realty LLC (JPMC#7152) disbursed: (1) $83,300 to Moshe Landau; and (2) $320,260 to The Malon Resort LLC. During the same time period, Landau transferred $16,550 to Har Hazayis'm Realty LLC, resulting in $66,750 in net transfers to Landau. In addition, during that same period, the account held by the Malon Resort LLC transferred $154,774.50 to Har Hazayis'm Realty LLC, resulting in $165,485.50 in net transfers to The Malon Resort LLC for this time period.

Dated: August 1, 2025

_____
PAUL MICCARELLI
Investigator Program Coordinator