```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA et al., :
:
Plaintiffs, :
: 22-cv-10313 (LJL)
-v- : 22-cv-00751 (LJL)
:
LABQ CLINICAL DIAGNOSTICS, LLC et al., :
: ORDER
Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

For the reasons set forth at the conference on August 13, 2025, and consistent with the Court's earlier Order to Show Cause of January 22, 2025, Dkt. No. 336,[1] the Court orders that No. 22-cv-10313 shall be the lead docket in this consolidated action, and all future filings shall be made only in that docket, closing the docket in No. 22-cv-00751 to new filings. Nothing in this order shall be construed to have any legal effect on the rights of the Relators with respect to these actions, and all filings and rulings in either docket after the original date of consolidation on August 6, 2024, Dkt. No. 97, and prior to the date of this order will be deemed to have been made in both dockets.

The Clerk of Court is respectfully directed to close No. 22-cv-00751 to new filings and to redesignate No. 22-cv-10313 as the lead case.

SO ORDERED.

Dated: August 13, 2025
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge

---

[1] Citations to docket in No. 22-cv-10313.