USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
UNITED STATES OF AMERICA et al., :
:
Plaintiffs, :
: 22-cv-10313 (LJL)
-v- : 22-cv-00751 (LJL)
:
LABQ CLINICAL DIAGNOSTICS, LLC et al., :
: ORDER
Defendants. :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    This Order memorializes the Court's ruling made on the record today, August 13, 2025.

    Defendants' response to the Government's motion for an order to show cause at Dkt. No. 677 is due by August 27, 2025. The Government has until September 3, 2025 to reply. The Court will hold a conference on the motion on September 19, 2025 at 10:30 a.m. in Courtroom 15C, 500 Pearl Street, New York, NY 10007. Any request for an extension of the deadline for Defendants' response to the motion will be due by August 18, 2025. Also by that date, Defendants will indicate whether they are requesting an evidentiary hearing on the motion for an order to show cause, Dkt. No. 677, the Government's motion for sanctions, Dkt. No. 584, or Defendants' cross-motion for reconsideration, Dkt. No. 591.

    Additionally, the Government has until August 22, 2025 to file a motion for sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure for the alleged violations of Defendants' financial discovery obligations discussed today.

    SO ORDERED.

Dated: August 13, 2025
       New York, New York

                                                  LEWIS J. LIMAN
                                            United States District Judge