

CHIESA SHAHINIAN & GIANTOMASI PC

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

LEE VARTAN
Member

lvartan@csglaw.com

O  973.530.2107                F  973.530.2317

August 29, 2025

*Via ECF*
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. LabQ Clinical Diagnostics, LLC, et al.,
22 Civ. 751, 22 Civ. 10313 (LJL)**

Dear Judge Liman:

    Our office is counsel for LabQ Clinical Diagnostics, LLC and Dart Medical Laboratory, Inc. We respectfully submit this letter on behalf of LabQ, Dart Medical, as well as Community Mobile Testing, Inc. and Moshe Landau in connection with the Government's Motion for Order to Show Cause Why Defendants Should Not Be Held in Contempt of the Court's Orders (the "Contempt Motion") (Dkt. No. 677) and the Government's Motion for Sanctions (the "Sanctions Motion") (Dkt. No. 700).

    Specifically, it is respectfully requested that the Contempt Motion briefing schedule be modified as follows:

| Submission | Current Due Date | Proposed Submission Date |
|---|---|---|
| **Defendants' Opposition** | **August 29, 2025** | **September 2, 2025** |
| **Government's Reply** | **September 8, 2025** | **September 10, 2025** |
| **Court Hearing** | **September 19, 2025** | **September 19, 2025 (No change)** |

    It is further requested that the Sanctions Motion briefing schedule be modified as follows:

| Submission | Current Due Date | Proposed Submission Date |
|---|---|---|
| **Defendants' Opposition** | **August 29, 2025** | **September 2, 2025** |
| **Government's Reply** | **September 2, 2025** | **September 10, 2025** |

Hon. Lewis J. Liman
August 29, 2025
Page 2

    This is Defendants' second request for an extension of time in connection with the Contempt Motion, which was initially extended from August 27, 2025 to August 29, 2025. This is the first request for an extension of time to respond to the Sanctions Motion. Additional time is needed to respond to both motions due to Mr. Landau experiencing a death in his family that required him to travel overseas.

    The Government provided the following statement to Defendants: "the Government takes no position on Defendants' extension request, but notes that this is Defendants' second extension request and that the Government does not consent to any request by Defendants for an adjournment of the hearing on this motion currently scheduled for September 19. If the Court grants Defendants' request, the Government respectfully requests that the Court set a deadline of September 10, 2025, for the Government's reply brief."

    We thank the Court in advance for its consideration of this matter.

    Respectfully submitted,

    *s/ Lee Vartan*

    Lee Vartan
    Member