```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/07/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA et al.,                  :
:
Plaintiffs,            :
:                       22-cv-10313 (LJL)
-v-                               :                       22-cv-00751 (LJL)
:
LABQ CLINICAL DIAGNOSTICS, LLC et al.,            :                       <u>ORDER</u>
:
Defendants.            :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Government's request to lift the stay in place as a result of the Amended Standing Order entered by Chief Judge Swain is GRANTED.

    Further, the joint request to modify the deadlines specified in the Government's letter, Dkt. No. 741, is GRANTED. The parties must complete all document productions (including custodial-based productions), except for documents undergoing a final privilege review, by November 3, 2025. The parties must produce privilege logs, and any remaining documents determined not to be privileged after final privilege review, by November 25, 2025. The Government must file opposition to Defendants' motion to dismiss by November 5, 2025. Defendants must file a reply brief in support of their motion to dismiss by December 3, 2025.

    SO ORDERED.

Dated: October 7, 2025
       New York, New York

                                               LEWIS J. LIMAN
                                        United States District Judge