SAN FRANCISCO
LOS ANGELES
SEATTLE

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP
SAN FRANCISCO AIRPORT OFFICE CENTER
840 MALCOLM ROAD
BURLINGAME, CALIFORNIA 94010
TELEPHONE (650) 697-6000
FACSIMILE (650) 697-0577
www.cpmlegal.com

October 20, 2025

**REQUEST GRANTED.**
**Counsel will be provided a dial-in number via email to access the hearing.**

10/20/2025   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

VIA ECF
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States of America v. LabQ Clinical Diagnostics, LLC, et al.*
      No. 22 Civ. 751 (LJL), No. 22 Civ. 10313 (LJL)

Dear Judge Liman:

I am one of the attorneys representing relator Resolute 3 LLC in Case No. 22 Civ. 751 (LJL). I am writing to respectfully request to appear by telephone at the hearing scheduled for October 22, 2025. I make this request to reduce the costs of attending in-person as I work in Burlingame, California. Because the government has intervened in the consolidated action, the government has "the primary responsibility for prosecuting this action." 31 U.S.C. § 3730(c)(1). Relator such as Resolute 3 LLC "shall have the right to continue as a party to the action," *id.*, and accordingly requests to attend telephonically.

The government and defendants have consented to this request.

Thank you for your consideration.

Respectfully submitted,

By: */s/ Grace Y. Park*
NIALL P. McCARTHY
GRACE Y. PARK
KEVIN J. BOUTIN
ZACHARY ZAHAROFF
**COTCHETT PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
gpark@cpmlegal.com