```
                                              ┌─────────────────────────────────────┐
                                              │ USDC SDNY                           │
                                              │ DOCUMENT                            │
                                              │ ELECTRONICALLY FILED                │
                                              │ DOC #:_____              │
                                              │ DATE FILED:_10/24/2025___           │
                                              └─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA et al.,                    :
                                                    :
                        Plaintiffs,                 :
                                                    :           22-cv-10313 (LJL)
          -v-                                       :           22-cv-00751 (LJL)
                                                    :
LABQ CLINICAL DIAGNOSTICS, LLC et al.,              :                ORDER
                                                    :
                        Defendants.                 :
                                                    :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has reviewed the information provided by Defendants in connection with their motion for change of venue and/or recusal. The charts seemingly contain extraneous information that make review challenging, including addresses, sample IDs, the dates of reports (and numerous columns regarding insurance). Accordingly, to facilitate the Court's review and decision, Defendants are ordered to create and to email to the Court and to file on ECF under seal a single excel chart listing for each of the Court, Family Member 1, and Family Member 2, the dates on which such person visited a LabQ site or received Covid-19 testing from LabQ, the site visited, whether the insurance information was reported for such person, and whether the person was administered Covid-19 testing or treatment and any other information Defendants believe to be necessary and relevant for the Court's decision. The chart should be organized by person and then by date.

      Defendants are requested to email this chart directly to Chambers and file the chart under seal on ECF no later than Tuesday, October 28, 2025. Defendants shall also serve the chart on Plaintiffs.

      SO ORDERED.

Dated: October 24, 2025
      New York, New York            _____
                                              LEWIS J. LIMAN
                                         United States District Judge