UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RESOLUTE 3 LLC,<br><br>        Plaintiff,<br>v.<br>LABQ CLINICAL DIAGNOSTICS, LLC; DART MEDICAL LABORATORY, INC.; COMMUNITY MOBILE TESTING INC.; MOSHE LANDAU; DANIEL ADAR; JACOB WEISS, and DOES 1-10,<br>        Defendants. | No. 22 Civ. 751 (LJL) |
| UNITED STATES OF AMERICA, the STATE OF NEW YORK, and the STATE OF NEW JERSEY *ex rel.* NJ CHALLENGER LLC,<br><br>        Plaintiffs,<br>v.<br>LABQ CLINICAL DIAGNOSTICS, LLC et al.,<br>        Defendants. | No. 22 Civ. 10313 (LJL) |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Intervenor,<br>v.<br>LABQ CLINICAL DIAGNOSTICS, LLC et al.,<br>        Defendants. | No. 22 Civ. 751 (LJL)<br>No. 22 Civ. 10313 (LJL) |

**<u>DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL</u>**

FIRM:68793495v2

I, Melissa L. Jampol, declare under penalty of perjury pursuant to 18 U.S.C. § 1746, as follows:

1. I submit this Declaration pursuant to Local Rule 1.4 in support of the motion for Melissa L. Jampol, Carrie Valiant and Elena Quattrone, attorneys from Epstein Becker & Green, P.C. ("EBG"), to withdraw their appearance as counsel and attorneys of record for Community Mobile Testing Inc. ("Client") in the above-captioned action.

2. The motion is based on Client's failure to meet obligations to their lawyer and a breakdown in communication between Client and EBG. Counsel has made repeated attempts to resolve the issue, and continued representation would impose a financial hardship upon counsel. Client has been notified of counsels' intent to withdraw, and withdrawal can be accomplished without prejudice to Client as Zell & Associates continues to represent Client.

3. EBG is not asserting a retaining or charging lien.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 13, 2025
      New York, New York

                EPSTEIN BECKER & GREEN, P.C.

                S:/Melissa L. Jampol

                Melissa L. Jampol
                Elena Quattrone
                Carrie Valiant
                875 Third Avenue
                New York, NY 10022
                Telephone: 212.351.4760
                Facsimile: 212.878.8600
                Email: MJampol@ebglaw.com

                *Attorneys for Community Mobile Testing Inc.*

FIRM:68793495v2