UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA, et al.,

                *Plaintiffs*,

                                    22-cv-10313(LJL)
-v-                                       22-cv-00751(LJL)

LABQ CLINICAL DIAGNOSTICS, LLC,
et al.

                *Defendants*.

-------------------------------------------------------x

## NOTICE OF APPEARENCE

**PLEASE TAKE NOTICE** that Noam Schreiber of Zell & Associates International Advocates, LLC, hereby enters an appearance on behalf of the DEFENDANTS, (1) LabQ Clinical Diagnostics, LLC; (2) Community Mobile Testing, Inc.; (3) Dart Medical Laboratory, Inc.; (4) Moshe Landau; (5) MLK Blvd Upscale LLC; (6) Thomas G. Rosano PhD LLC d/b/a National Toxicology Center; (7) David Landau; (8) Har Hazayis'm Realty LLC; (9) Realty at HH LLC; (10) Yampola 2022 Charitable Lead Annuity Trust; (11) Carebot ABA LLC; (12) OvaLab LLC; and (13) Care Bio Clinical Corp., in the above-captioned action.

    Undersigned counsel certifies that he is admitted to practice in this Court for this action, and further requests that copies of any and all correspondence, pleadings and other documents in this action be served on the undersigned via ECF/CM.

Dated: November 18, 2025

Respectfully submitted,

1

**ZELL & ASSOCIATES INTERNATIONAL ADVOCATES LLC**

*/s/ Noam Schreiber*
Noam Schreiber, Esq. (NS 5731971)
Zell & Associates International
Advocates, LLC
800 Connecticut Ave., N.W.
Suite 300
Washington, D.C. 20006
Email: noam.schreiber@fandz.com