UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA et al.,                :
:
Plaintiffs,          :
:       22-cv-10313 (LJL)
-v-                  :       22-cv-00751 (LJL)
:
LABQ CLINICAL DIAGNOSTICS, LLC et al.,          :       ORDER
:
Defendants.          :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Government shall respond to Defendants' request at Dkt. No. 792 that the Court stay further action pending resolution of Defendants' Petition for a Writ of Mandamus no later than November 24, 2025. Defendants shall reply no later than November 26, 2025.

SO ORDERED.

Dated: November 19, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge