**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RESOLUTE 3 LLC,<br><br>Plaintiff,<br><br>v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC *et al.*,<br><br>Defendants. | No. 22 Civ. 751 (LJL) |
| UNITED STATES OF AMERICA, the STATE OF NEW YORK, and the STATE OF NEW JERSEY *ex rel.* NJ CHALLENGER LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LABQ CLINICAL DIAGNOSTICS LLC, *et al.*,<br><br>Defendants. | No. 22 Civ. 10313 (LJL) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC; COMMUNITY MOBILE TESTING, INC.; DART MEDICAL LABORATORY, INC.; and MOSHE LANDAU,<br><br>Defendants. | No. 22 Civ. 751 (LJL)<br>No. 22 Civ. 10313 (LJL) |

**[PROPOSED] ORDER FOR ISSUANCE OF PRE-JUDGMENT**
**WRIT OF ATTACHMENT AND OTHER RELIEF**

Before the Court is the United States of America's second supplemental application for a pre-judgment writ of attachment as specified and attached to the Notice of Second Supplemental Application for Writ of Attachment (the "Second Supplemental Application"). After consideration of the Government's Second Supplemental Application and supporting submissions, the Court finds that the Government has met the requirements of the Federal Debt Collection Practices Act, 28 U.S.C. § 3001 et seq. ("FDCPA"), and grants the proposed writ.

IT IS ORDERED that the Government may rely on the previously signed Clerk's Notice of Exemption and Hearing Request (the "Clerk's Notice"), attached as Exhibit B to the Second Supplemental Application, which the United States shall serve with the Court-ordered writ of attachment. Pursuant to 28 U.S.C. § 3101(d), the United States shall serve each person entitled to notice of a writ of attachment with a copy of the Government's Second Supplemental Application, the Government's supporting submissions, the relevant writ of attachment, and the Clerk's Notice, and shall file a certificate of service demonstrating that service has been accomplished. Each recipient shall be afforded an opportunity for a hearing.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 3306(a), in the event that any of the defendants have already transferred, or caused the transfer of, the property located at 175 Park Avenue, Florham Park New Jersey, 07932 (the "Malon Resort"), to a non-defendant third party in exchange for payment, then: (1) defendants shall, within ~~one day~~ *Three business days* of the closing of the transaction or the date of this Order (whichever is sooner), identify the bank account where the proceeds of the sale were deposited (the "Deposit Account") by providing the Government with the location of the Deposit Account (including by identifying the financial institution, account holder, routing number, and account number) and the Government may provide the Court with a writ of garnishment for such account to be so-ordered by the Court; and (2) no person or entity

2

may transfer funds that are proceeds from the sale out of the Malon Resort out of the Deposit Account absent further order from the Court.

Unless otherwise ordered by this Court, the writ of attachment shall be continuing and shall terminate only as provided in 28 U.S.C. § 3203.

Dated:   New York, New York
_____, 2025

_____
HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE