```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/27/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA et al.,                                   :
:
Plaintiffs,                                 :
:           22-cv-10313 (LJL)
-v-                                  :           22-cv-00751 (LJL)
:
LABQ CLINICAL DIAGNOSTICS, LLC et al.,      :                ORDER
:
Defendants.                                 :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

No party having requested a hearing on the motion for relief from the writs, the February 10, 2026 hearing is cancelled. The Court will decide the motion on the papers. The FCA Defendants are to respond to the letter motion at Dkt. No. 836 by January 28, 2026. The Government is to respond to the FCA Defendants' motion at Dkt. No. 788 by the previously agreed upon deadline of February 17, 2026.

SO ORDERED.

Dated: January 27, 2026
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge