```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/29/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA et al.,                                  :
:
               Plaintiffs,                                :
:    22-cv-10313 (LJL)
        -v-                                                   :    22-cv-00751 (LJL)
:
LABQ CLINICAL DIAGNOSTICS, LLC et al.,                            :    ORDER
:
               Defendants.                                :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of the Defendants' motion for discovery at Dkt. No. 788 and the Government's motion to compel discovery at Dkt. No. 836. The Court will hold a hearing on these motions on February 18, 2026 at 10:30 a.m. in Courtroom 15C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: January 29, 2026
       New York, New York

                                          LEWIS J. LIMAN
                                          United States District Judge