

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

---

*86 Chambers Street
New York, New York 10007*

June 30, 2025

**BY ECF**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States of America v. LabQ Clinical Diagnostics, LLC, et al.*
              No. 22 Civ. 751 (LJL), No. 22 Civ. 10313 (LJL)

Dear Judge Liman:

      We write respectfully regarding this Court's June 24, 2025 order (Dkt. No. 565[1]), resolving the outstanding motions to seal in this matter.  On June 6, 2025, this Court ordered the parties to alert the Court as to which motions to seal required resolution.  *See* Dkt. No. 548.  On June 13, 2025, the Government set forth the relevant sealing motions and respectfully requested the opportunity to review any unsealed documents for personal identifying information required to be redacted under Federal Rule of Civil Procedure 5.2 before they are publicly filed.  *See* Dkt. No. 554.

      In this Court's June 24, 2025 order, this Court ordered the Clerk to unseal the documents filed at Docket Numbers 306, 320, and 351.  The parties have now reviewed each of the documents the Court has ordered unsealed and determined that while redactions have already been applied to the exhibits at Docket Number 306, Docket Numbers 320 and 351 contain personal identifying information, such as full account numbers and tax identifiers, which require redaction prior to being publicly available on the docket.

      Accordingly, the parties respectfully request that the Court keep Docket Numbers 320 and 351 under seal, and permit the parties to file public versions of these documents on the docket by July 7, 2025, that include the limited redactions required by Federal Rule of Civil Procedure 5.2.

      We thank the Court for its attention to this matter.

---

[1] All citations herein are to the docket numbered 22 Civ. 10313.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Danielle J. Marryshow*
    RACHAEL DOUD
    LAWRENCE H. FOGELMAN
    CHARLES S. JACOB
    MOLLIE KORNREICH
    DANIELLE J. MARRYSHOW
    Assistant United States Attorneys
    86 Chambers Street, Third Floor
    New York, NY 10007
    Telephone: (212) 637-2800
    Email:  rachael.doud@usdoj.gov
            lawrence.fogelman@usdoj.gov
            charles.jacob@usdoj.gov
            mollie.kornreich@usdoj.gov
            danielle.marryshow@usdoj.gov