UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                               :

UNITED STATES OF AMERICA et al.,          :

                               :

               Plaintiffs,         :

                               :           22-cv-10313 (LJL)

          -v-                    :           22-cv-00751 (LJL)

                               :

LABQ CLINICAL DIAGNOSTICS, LLC et al.,   :           ORDER

                               :

              Defendants.        :

                               :

-----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/13/2026

LEWIS J. LIMAN, United States District Judge:

The Court will hear argument on Defendants' motions to dismiss the amended complaint and Defendants' motion to release the writs of attachment and garnishment on February 19, 2026 at 10:30 a.m. in Courtroom 15C, United States Courthouse, 500 Pearl Street, New York, NY 10007.  Argument is set for one and a half hours to be split between the Government and Defendants.

     SO ORDERED.

Dated: February 13, 2026
     New York, New York         _____
                                     LEWIS J. LIMAN
                               United States District Judge