UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                    :

UNITED STATES OF AMERICA ET AL,        :

                                      :

          Plaintiffs,         :

                                      :       22-cv-10313 (LJL)

         -v-                :       22-cv-00751 (LJL)

                                      :

LABQ CLINICAL DIAGNOSTICS, LLC ET AL,  :      <u>ORDER</u>

                                      :

          Defendants.       :
--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2026

LEWIS J. LIMAN, United States District Judge:

The Court revises its previous Order and will no longer hear argument on February 19, 2026.  Instead, the oral argument on Defendant's motions to dismiss the amended complaint and Defendants' motion to release the writs of attachment and garnishment will be held on February 20, 2026, at 10:30AM in Courtroom 15C at the 500 Pearl Street Courthouse.

         SO ORDERED.

Dated: February 13, 2026
      New York, New York
                                           LEWIS J. LIMAN
                             United States District Judge