UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RESOLUTE 3 LLC,<br><br>       Plaintiff,<br>v.<br>LABQ CLINICAL DIAGNOSTICS, LLC; DART MEDICAL LABORATORY, INC.; COMMUNITY MOBILE TESTING INC.; MOSHE LANDAU; DANIEL ADAR; JACOB WEISS, and DOES 1-10,<br>       Defendants. | No. 22 Civ. 751 (LJL) |
| UNITED STATES OF AMERICA, the STATE OF NEW YORK, and the STATE OF NEW JERSEY *ex rel.* NJ CHALLENGER LLC,<br><br>       Plaintiffs,<br>v.<br>LABQ CLINICAL DIAGNOSTICS LLC et al.,<br>       Defendants. | No. 22 Civ. 10313 (LJL) |
| UNITED STATES OF AMERICA,<br><br>       Plaintiff-Intervenor,<br>v.<br>LABQ CLINICAL DIAGNOSTICS, LLC et al.,<br>       Defendants. | No. 22 Civ. 751 (LJL)<br>No. 22 Civ. 10313 (LJL) |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned is admitted to practice in this Court and hereby appears as counsel for Defendants Congregation Kolel Vyashkem Avrhom Inc. and NJJ Institutions in the above-captioned action.

Dated: July 7, 2025
      New York, New York

                        CARLTON FIELDS, P.A.

                        */s/ Michael L. Yaeger*
                        Michael L. Yaeger
                        405 Lexington Avenue, 36th Floor
                        New York, New York 10174-0002
                        Telephone: 212.785.2577
                        Facsimile:  212.785.5203
                        Email: myaeger@carltonfields.com

                        *Attorneys for Congregation Kolel Vyashkem Avrhom*
                        *Inc. and NJJ Institutions*