UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                                    :
UNITED STATES OF AMERICA et al.,                                    :
                                                                    :
                        Plaintiffs,                                 :
                                                                    :            22-cv-10313 (LJL)
            -v-                                                     :            22-cv-00751 (LJL)
                                                                    :
LABQ CLINICAL DIAGNOSTICS, LLC et al.,                              :                ORDER
                                                                    :
                        Defendants.                                 :
                                                                    :
--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/05/2026

LEWIS J. LIMAN, United States District Judge:

The Court will hold oral argument on the motions to dismiss and the motion to release the writs on Monday, March 9, 2026 at 9:30 a.m. The parties should be prepared to address all of the principal issues raised in the motions. For the guidance of the parties, the Court provides notice of certain of the issues which it would be particularly helpful for the parties to be prepared to discuss:

With respect to the motion to dismiss, the parties should be prepared to address (*inter alia*):

- Whether the Government has alleged particular examples of false claims that would, on their own, independently support liability under 31 U.S.C. § 3729(a)(1)(A) and (B), and if so, which ones;

- The precise nature of the scheme alleged by the Government and whether the Government's allegations of such scheme satisfy Rules 9(b) and 12(b)(6);

- Assuming that the Court finds that the scheme allegations do not satisfy Rules 9(b) and 12(b)(6), the complaint should and must be sustained on the basis of any specific

allegations of false claims that would independently support liability under  31 U.S.C.

§ 3729(a)(1)(A) and (B) (with any extraneous allegations to be address through means

other than a motion to dismiss); and

- Whether the Government alleges that Defendants made a false claim or a false

  representation by failing to use best efforts to ascertain whether a patient was insured,

  and, if not, the significance of the allegations regarding best efforts.

With respect to the motion for release of the writs, the parties should be prepared to

address whether and, if so, how the principles of offset might apply to the Government's claim

that there is a "debt owing" to the Government from the wrongful submission of claims to the

Uninsured Program for individuals with Medicare and/or Medicaid.  *See In re Whimsy, Inc.*, 221

B.R. 69, 72 (S.D.N.Y. 1998) ("[I]t has long been established that the departments, agencies and

subdivisions of the United States Government constitute a single creditor for purposes of

setoff").

       SO ORDERED.

Dated: March 5, 2026
      New York, New York

                             LEWIS J. LIMAN
                        United States District Judge