```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA et al.,                                   :
:
                Plaintiffs,                                    :
:     22-cv-10313 (LJL)
      -v-                                                          :     22-cv-00751 (LJL)
:
LABQ CLINICAL DIAGNOSTICS, LLC et al.,                             :
:     ORDER
                Defendants.                                    :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      For the reasons stated on the record at the hearing held on July 7, 2025, the Government's motion for an order to show cause why Defendants should not be held in contempt is granted. There is clear and convincing evidence that Defendants violated the clear and unambiguous terms of the order of August 2024. *See* Dkt. No. 60 (the "August 2024 Order").[1] The Government shall submit a motion for contempt sanctions by no later than July 14, 2025. Defendants will respond by July 21, 2025. The Government will reply no later than July 25, 2025. Defendants' request for modification of the August 2024 Order is denied for the reasons set forth at the July 7 hearing.

      The Clerk of Court is respectfully directed to close Dkt. Nos. 495, 534.

      SO ORDERED.

Dated: July 8, 2025
       New York, New York

                                                    LEWIS J. LIMAN
                                                    United States District Judge

---

[1] Docket numbers refer to the docket in Case No. 22-cv-10313.