

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 9, 2025

**BY ECF**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *United States of America v. LabQ Clinical Diagnostics, LLC, et al.*
             No. 22 Civ. 751 (LJL), No. 22 Civ. 10313 (LJL)

Dear Judge Liman:

    We write respectfully regarding this Court's June 30, 2025 order (Dkt. No. 567[1]), allowing the parties to file public versions of exhibits on the docket that lacked the limited redactions required by Federal Rule of Civil Procedure 5.2. Public versions of the following docket numbers are attached to this letter:

- Exhibits M-O, and Exhibit Q to the Government's Letter Motion for Conference Regarding NJJ Institutions' Failure to Produce Documents in Response to Subpoena (Dkt. Nos. 320-13 to 320-22; Dkt. No. 320-24)

- Exhibit 5 to the Government's Letter Response to Defendants' Motion to Stay Discovery (Dkt. No. 351-5)

    We thank the Court for its attention to this matter.

---

[1] All citations herein are to the docket numbered 22 Civ. 10313.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Danielle J. Marryshow*
    RACHAEL DOUD
    LAWRENCE H. FOGELMAN
    CHARLES S. JACOB
    MOLLIE KORNREICH
    DANIELLE J. MARRYSHOW
    Assistant United States Attorneys
    86 Chambers Street, Third Floor
    New York, NY 10007
    Telephone: (212) 637-2800
    Email:  rachael.doud@usdoj.gov
             lawrence.fogelman@usdoj.gov
             charles.jacob@usdoj.gov
             mollie.kornreich@usdoj.gov
             danielle.marryshow@usdoj.gov