July 11, 2025

SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* RESOLUTE 3 LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC; DART MEDICAL LABORATORY, INC.; COMMUNITY MOBILE TESTING INC.; MOSHE LANDAU; DANIEL ADAR; JACOB WEISS, and DOES 1-10,<br><br>　　　　　　　　Defendants. | No. 22 Civ. 751 (LJL) |
| UNITED STATES OF AMERICA, the STATE OF NEW YORK, and the STATE OF NEW JERSEY *ex rel.* NJ CHALLENGER LLC,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>LABQ CLINICAL DIAGNOSTICS LLC et al.,<br>　　　　　　　　Defendants. | No. 22 Civ. 10313 (LJL) |
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff-Intervenor,<br><br>v.<br><br>LABQ CLINICAL DIAGNOSTICS, LLC et al.,<br>　　　　　　　　Defendants. | No. 22 Civ. 751 (LJL)<br>No. 22 Civ. 10313 (LJL) |

### **MOTION TO WITHDRAW AS COUNSEL**

　　PLEASE TAKE NOTICE pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, that Michael L. Yaeger, an

attorney at Carlton Fields, P.A., and attorney for Congregation Kolel Vyashkem Avrhom Inc. and NJJ Institutions ("Clients") in the above-captioned action, hereby moves to withdraw as attorney of record based on Clients' failure to meet obligations to their lawyer.

Dated: July 10, 2025
     New York, New York

                        CARLTON FIELDS, P.A.

                        */s/ Michael L. Yaeger*
                        _____
                        Michael L. Yaeger
                        405 Lexington Avenue, 36th Floor
                        New York, New York 10174-0002
                        Telephone: 212.785.2577
                        Facsimile:  212.785.5203
                        Email: myaeger@carltonfields.com

                        *Attorneys for Congregation Kolel Vyashkem Avrhom Inc. and NJJ Institutions*