**CSG law**

CHIESA SHAHINIAN & GIANTOMASI PC

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

**LEE VARTAN**
Member

lvartan@csglaw.com

O 973.530.2107       F 973.530.2317

July 11, 2025

7/11/2025

SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

*Via ECF*
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:   United States v. LabQ Clinical Diagnostics, LLC, et al.,
       22 Civ. 751, 22 Civ. 10313 (LJL)**

Dear Judge Liman:

    Our office is counsel to Defendants LabQ Clinical Diagnostics, LLC ("LabQ") and Dart Medical Laboratories, Inc. ("Dart Medical") in the above-captioned action. We write, however, on behalf of all Defendants named in the Government's Amended Complaint in Intervention (ECF No. 493) (the "Amended Complaint"), and with the consent of the Government to seek an amended briefing schedule in connection with Defendants' anticipated motion to dismiss the Amended Complaint.

    The Government filed the Amended Complaint on May 19, 2025 pursuant to an agreed upon schedule (*See* ECF No. 491). On June 23, 2025 the Court "So-Ordered" an agreed upon briefing schedule in connection with Defendants' anticipated motion to dismiss (ECF No. 563).

    On July 7, 2025, Michael Yaeger entered an appearance for two newly added Defendants in the Amended Complaint, NJJ Institutions and Congregation Kolel Vyashkem Avrhom Inc. (ECF No. 571). After filing an appearance, Mr. Yaeger negotiated a revised briefing schedule in connection with the motion to dismiss. Mr. Yaeger, however, has since withdrawn his appearance. Nonetheless we understand that NJJ Institutions and Congregation Kolel Vyashkem Avrhom Inc. are in discussions with successor counsel. In order to ensure a uniform briefing on anticipated motions to dismiss by all Defendants, including NJJ Institutions and Congregation Kolel Vyashkem Avrhom Inc., the Government has consented to the below briefing schedule, which we respectfully request the Court "So Order."

NEW JERSEY       NEW YORK

Hon. Lewis J. Liman
July 11, 2025
Page 2

| Deadline | Current Date | Amended date |
|---|---|---|
| Defendants' Deadline to Respond to the Amended Complaint | 07/17/2025 | 08/18/2025 |
| Government's Deadline to File an Opposition Brief (if Defendants file a motion to dismiss the Government's Amended Complaint) | 08/29/2025 | 09/30/2025 |
| Defendants' Deadline to File a Reply Brief (if Defendants file a motion to dismiss the Government's Amended Complaint) | 09/19/2025 | 10/21/2025 |

We thank the Court for its consideration of this request.

Respectfully submitted,

*s/ Lee Vartan*

Lee Vartan
Member