USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA et al.,

Plaintiffs,

-v-

LABQ CLINICAL DIAGNOSTICS, LLC et al.,

Defendants.

---------------------------------------------------------------------X

22-cv-10313 (LJL)
22-cv-00751 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This order resolves the motion to seal at Dkt. No. 735.

For the reasons stated in the Order at Dkt. No. 796, the motion to seal the memorandum of law at Dkt. No. 736 and draft memorandum of law at Dkt. No. 737-7 is denied. The Court made the affirmative decision *sua sponte* that the privacy interests its family possessed in connection with those docket entries were outweighed by the public interest. The information redacted in these exhibits has already been made public through the Court's Opinion and Order at Dkt. No. 773 and related filings.

The Government also seeks to seal the personal contact information of non-party witnesses listed in the Government's initial disclosures under Federal Rule of Civil Procedure 26(a)(1)(A). Dkt. No. 737-8. "The Supreme Court and Second Circuit have long held that there is a presumption of immediate public access to judicial documents under both the common law and the First Amendment." *Lohnn v. Int'l Bus. Machs. Corp.*, 2022 WL 36420, at *6 (S.D.N.Y. Jan. 4, 2022) (citing *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 126 (2d Cir. 2006)). However, the contact information of these non-parties is not relevant to the dispute, and "third-party privacy interests justify the requested sealing and redaction of certain private information."

*Rosario v. Community Hous. Mgt. Corp.*, 2024 WL 836482, at *3 (S.D.N.Y. Feb. 28, 2024) (internal citations and quotations omitted); *see id.* (granting sealing as to identifying information of non-party tenants); *Blanco v. Success Academy Charter Schs., Inc.*, 2026 WL 1831150, at *2 (S.D.N.Y. June 25, 2026) (granting sealing of non-party phone numbers); *Spencer-Smith v. Ehrlich*, 2025 WL 1115019, at *2 (S.D.N.Y. Apr. 15, 2025) (granting request to seal non-party contact information); *Sec. & Exch. Comm'n v. Ripple Labs, Inc.*, 2023 WL 3477552, at *6 (S.D.N.Y. May 16, 2023) (same). The document at Dkt. No. 737-8 shall remain under seal.

The Clerk of Court is respectfully directed to unseal Dkt. No. 736. The Government is directed to publicly file the draft memorandum of law at Dkt. No. 737-7.

The Clerk of Court is respectfully directed to close Dkt. No. 735.

SO ORDERED.

Dated: September 10, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge