USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 10/02/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA et al.,

Plaintiffs,

-v-

LABQ CLINICAL DIAGNOSTICS, LLC et al.,

Defendants.

22-cv-10313 (LJL)
22-cv-00751 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The parties are directed to submit a joint proposed amended case management plan and scheduling order that reflects the revised schedule adopted at Dkt. Nos. 924, 928, 941. The parties shall submit the amended scheduling order by October 7, 2026.

SO ORDERED.

Dated: October 2, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge