

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 30, 2025

**BY ECF**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States of America v. LabQ Clinical Diagnostics, LLC, et al.*
           No. 22 Civ. 751 (LJL), No. 22 Civ. 10313 (LJL)

Dear Judge Liman:

    On Friday, July 25, 2025, the Government moved to compel Defendants to produce all outstanding financial discovery that was due on July 22, 2025, pursuant to deadlines agreed to by the parties and so-ordered by the Court. *See* 22 Civ. 10313, Dkt. 588 (order imposing July 22, 2025, deadline); Dkt. 599 (letter motion to compel). Your Honor's individual rules provide that "any opposing party should submit a letter setting forth its position *not later than two business days* after the initial letter-motion is filed." Individual Practices in Civil Cases, dated April 7, 2025, Section I.C (emphasis in original). Defendants have not submitted a response to the Government's motion to compel, and their deadline to respond to the motion has passed. Accordingly, the Government respectfully requests that the Court enter an order compelling Defendants to produce all outstanding financial discovery by August 1, 2025.

    We thank the Court for its consideration of this matter.

                              Respectfully submitted,

                              JAY CLAYTON
                              United States Attorney for the
                              Southern District of New York

                    By: /s/ Lawrence H. Fogelman
                              RACHAEL DOUD
                              LAWRENCE H. FOGELMAN
                              CHARLES S. JACOB
                              MOLLIE KORNREICH
                              DANIELLE J. MARRYSHOW
                              Assistant United States Attorneys
                              86 Chambers Street, 3rd Floor


Page 2

        New York, NY 10007
        Telephone: (212) 637-2800
        Email: rachael.doud@usdoj.gov
              lawrence.fogelman@usdoj.gov
              charles.jacob@usdoj.gov
              mollie.kornreich@usdoj.gov
              danielle.marryshow@usdoj.gov

cc: Counsel of Record (by ECF)